Ethel M. Maclaskey, Appellee, v. William Kurz, Defendant, and Newell Mecartney, Respondent.
Appeal of William Kurz and Newell Mecartney, Appellants.

Gen. No. 42,190.

Heard in third division, first district, this court at April term, 1942; opinion filed December 9, 1942. Newell Mecartney, for appellants; Harold O. Mulks, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."